(135 So. 926)

## Lilly SUMMERS v. CITY OF ANNISTON.
### 7 Div. 795.

Court of Appeals of Alabama.
May 28, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(132 So. 925)

## Matthew SWEAT and Ocie Bearden v. STATE.
### 7 Div. 717.

Court of Appeals of Alabama.
Jan. 20, 1931.

SAMFORD, J.
Appeal dismissed.

(131 So. 926)

## Lewis SWINDLE v. STATE.
### 6 Div. 822.

Court of Appeals of Alabama.
Dec. 16, 1930.

BRICKEN, P. J.
As to this appeal, the trial judge in the court below certifies that no bill of exceptions has been presented in this case, and that the time for presenting a bill of exceptions has expired. The appeal therefore is rested upon the record proper.

It appears from the record that appellant was indicted for the offenses of distilling, making, or manufacturing alcoholic, spirituous, vinous, malted, or mixed liquors or beverages, a part of which was alcohol, and, in count 2, for the unlawful possession of a still to be used for that purpose. Upon his conviction by the jury, the court sentenced him to an indeterminate term of imprisonment in the penitentiary of not less than one year and one day to one year and fifteen days. An examination of the record discloses no error; the record being regular in all things. Let the judgment of conviction from which this appeal was taken stand affirmed.

Affirmed.

(133 So. 927)

## SYLCAUGA FERTILIZER CO. et al. v. Mrs. J. C. HYDRICK.
### 7 Div. 811.

Court of Appeals of Alabama.
March 30, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(134 So. 925)

## Bill TALLEY v. STATE.
### 8 Div. 268.

Court of Appeals of Alabama.
May 26, 1931.

SAMFORD, J.
Appeal dismissed.

(138 So. 926)

## Hubert TAYLOR v. STATE.
### 6 Div. 84.

Court of Appeals of Alabama.
Dec. 15, 1931.

BRICKEN, P. J.
Appeal dismissed.

(132 So. 925)

## Clint TAYLOR v. STATE.
### 8 Div. 210.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.